UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:16-cr-00044-MOC-DLH

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JESSE JAMES MONTGOMERY,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the government's Motion to Dismiss (#68) Defendant Jesse James Montgomery (and only that Defendant) from the Bill of Indictment in this case pursuant to Fed. R. Crim. P. 48(a). The government's motion indicates that the Defendant does not oppose the Motion. Having considered the motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss (#68) is **GRANTED**, and Defendant Jesse James Montgomery is hereby **DISMISSED** from this action without prejudice.

Signed: July 15, 2016



Max O. Cogburn Jr
United States District Judge